THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN J. RODGERS, Appellant.

*People* v. *Rodgers*, 184 App. Div. 461, affirmed.

(Argued April 28, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1918, which affirmed a judgment of the court at an extraordinary Trial Term for the county of New York rendered upon a verdict convicting defendant of the crime of attempt to commit robbery in the first degree as a second offense.

*W. Bourke Cockran* for appellant.

*Edward Swann*, District Attorney (*Robert S. Johnstone*, *Robert D. Petty* and *Felix C. Benvenga* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CRANE and ANDREWS, JJ. Dissenting: HOGAN and McLAUGHLIN, JJ.